07-10449

Certificate Number: 03326-TXW-CC-001596417

FILED
MAR 1 9 2007
U.S. BANKRUPTCY COURT
BY _____ DEPUTY

# CERTIFICATE OF COUNSELING

I CERTIFY that on March 17, 2007 , at 10:27 o'clock AM CST ,

Crae Pease received from

Consumer Credit Counseling Service of Greater San Antonio ,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Western District of Texas , an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet .

Date: March 19, 2007 By _____

Name Sara Little

Title Consumer Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

07-10449 ЭM