FILED
MAY - 2 2007
U.S. BANKRUPTCY COURT
BY _____ DEPUTY

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 07-10449-FRM |
| CRAE ROBERT PEASE, | ) | |
| | ) | |
| DEBTOR | ) | CHAPTER 13 |
| | ) | |

TO THE HONORABLE JUDGE OF SAID COURT:

### NOTICE OF PROBABLE CONTEMPT OF FEDERAL JURISDICTION

To: Lee County Sheriff's Office
Rodney Meyer
P. O. Box 98
Giddings, Texas 78942

DOUGLAS J. POWELL
820 West 10th Street
Austin, TX 78701

RE: Criminal Trespass of a property protected by automatic stay in the above styled cause number.

## *NOTICE:*

Crae Robert Pease acting in his individual capacity does hereby give Notice to the below named entities and individuals, as is set out in the Certificate of Service below, of this **NOTICE OF PROBABLE CONTEMPT OF FEDERAL JURISDICTION**.

On March 15, 2007, a petition for bankruptcy was filed in the U. S. Bankruptcy Court, Western District of Texas, Austin, cause number 07-10449-FRM. First National Bank of Giddings was listed as a creditor in the petition. See Docket Sheet, Attachment 1, attached hereto and incorporated herein.

On April 18, 2007, a first meeting of creditors was held, a representative from First National Bank of Giddings failed to appear, and a second meeting for confirmation was scheduled for May 22, 2007.

On April 30, 2007, Douglas J. Powell, acting as attorney for First National Bank of Giddings filed an Objection to Confirmation of Debtors Chapter 13 plan into the case. Crae Robert Pease was not noticed and makes note that on the Certificate of Service issued by Mr. Powell that Pease's address is listed as 2707 Firecrest Drive, Austin, TX 78748.

On May 1, 2007, Sheriff Rodney Meyer placed or caused to be placed a Notice to vacate on Pease's front door, a violation of the automatic stay afforded by the court. See Notice, Attachment 2, attached hereto and incorporated herein.

Accordingly, and in light of the foregoing facts and circumstances, this **NOTICE OF PROBABLE CONTEMPT OF FEDERAL JURISDICTION** intends to serve notice to all interested parties, and specifically to the parties named below that a defiance and probable contempt of federal jurisdiction has been acted out and may be now, at this time, ongoing and participated in by not only the Judge of the 335th District Court, Lee County, Texas, but also by the parties principle and agent to First National Bank of Giddings, namely Billy Morgan and his counsel Douglas J. Powell, Attorney At Law. Since the underlying jurisdiction and authority for any hearing in the present case, Cause No. 07-10449 before Judge Monroe has been duly filed and docketed before the United States Bankruptcy Court for the Western District of Texas, Austin Division, as is captioned above and since a true copy of the Petition has been noticed and perfected with First National Bank of Giddings and the Lee County Sheriff's Office, the exclusive jurisdiction of this case is now pending before the US Federal Bankruptcy Court at Austin Texas.

Since actual Notice of the filing has been perfected and noticed to all relevant parties as to Cause number 07-10449 styled as IN RE: CRAE ROBERT PEASE, Debtor, including both First National Bank of Giddings, and the Office of the Sheriff of Lee County and since the ongoing threat of immediate seizure is in defiance of and probable contempt of the jurisdiction of the United States Bankruptcy Court now properly and lawfully invoked and noticed and perfected, any proceedings in state court or by state actors will be in direct contravention of 11 U.S.C. §922, et seq and the jurisdiction conferred thereby to the US Bankruptcy Court at Austin Texas.

A copy of this notice is being filed with the United States Bankrutpcy Court. Further proceedings, including an application for injunctive relief and sanctions will be filed in the event the offending probable contemptuous activity continues.

Any response to this notice is required within seven (7) days of receipt of notice.

_____
Crae Robert Pease
1032 P. R. 7039
Lexington, Texas 78947


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has on this the 2nd day of May, 2007 been served and noticed to the following and in the manner indicated or otherwise served and delivered via first class United States Postal Service mail and to the following named parties at the addresses and/or fax numbers listed as follows:

Lee County Sheriff's Office

Sheriff Rodney Meyer
P. O. Box 98
Giddings, Texas 78942
Fax No: 979-542-1446

DOUGLAS J. POWELL
820 West 10th Street
Austin, TX 78701
Fax No: 512-477-4503

_____
Crae Robert Pease

**DEBTED, INSTALL**

U.S. Bankruptcy Court
Western District of Texas (Austin)
Bankruptcy Petition #: 07-10449-frm
Internal Use Only

*Assigned to:* Bankruptcy Judge Frank R. Monroe    *Date Filed:* 03/15/2007
Chapter 13
Voluntary
Asset

*Debtor*    represented by **Crae Robert Pease**
**Crae Robert Pease**    PRO SE
P.O. Box 255
Lexington, TX 78947
512-416-7139
SSN: 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

*Trustee*
**Deborah B. Langehennig**
Barton Creek Plaza II, Suite 320
3801 Capital of Texas Highway South
Austin, TX 78704
(512) 912-0305
FAX 916 9234

| Filing Date | # | Docket Text |
|---|---|---|
| 03/15/2007 | | Petition Received Filed By Crae Robert Pease. -Statement of Social Security Number(s) due by 3/16/2007 (Miiller, Sherri) |
| 03/15/2007 | | Statement of Social Security Number (Form 21) Received (Related Document(s): Petition Received Filed By Crae Robert Pease. -Statement of Social Security Number(s) due by 3/16/2007 (Miiller, Sherri)) (Miiller, Sherri) |
| 03/15/2007 | 1 | Voluntary Petition under Chapter 13 Without Schedules, Without Statements, Filing Fee: $ 45.00 (Miiller, Sherri) |
| 03/15/2007 | 2 | Application to Pay Filing Fee in Installments filed by Debtor Crae Robert Pease (Miiller, Sherri) |
| 03/15/2007 | 3 | Order Regarding (related document(s): 2 Application to Pay Filing Fee in Installments filed by Debtor Crae Robert Pease (Miiller, Sherri)) Installment Payment 2 $70.00 Due 4/15/2007, Installment Payment 3 $70.00 Due 5/15/2007, Final Installment Payment $89.00 Due 6/15/2007, (Order entered on 3/15/2007) (Miiller, Sherri) |

ATTACHMENT 1

| | | |
|---|---|---|
| 03/15/2007 | | Receipt of Filing Fee for NOTICING/ADMIN FEE INSTALL (07-10449). Receipt #10076430, $39.00 (Finsys - LE) (Entered: 03/16/2007) |
| 03/15/2007 | | Receipt of Filing Fee for 13 INSTALLMENT (07-10449). Receipt #10076430, $6.00 (Finsys - LE) (Entered: 03/16/2007) |
| 03/17/2007 | 4 | BNC Certificate of Mailing (Related Document(s): 3 Order Regarding (related document(s): 2 Application to Pay Filing Fee in Installments filed by Debtor Crae Robert Pease (Miiller, Sherri)) Installment Payment 2 $70.00 Due 4/15/2007, Installment Payment 3 $70.00 Due 5/15/2007, Final Installment Payment $89.00 Due 6/15/2007, (Order entered on 3/15/2007) (Miiller, Sherri)) Service Date 03/17/2007. (Admin.) |
| 03/19/2007 | 5 | Certificate of Budget and Credit Counseling-First Debtor filed by Debtor Crae Robert Pease. (Miiller, Sherri) |
| 03/20/2007 | 6 | First Meeting of Creditors. First Meeting Set For 04/18/2007 at 04:00PM at 2200 S IH-35, Ste. 2; Objections to Dischargeability of debt due 06/18/2007 - Confirmation Hearing Set For 05/22/2007 at 09:00AM at Austin Courtroom 1 - Proofs of Claim Due 07/17/2007. (Langehennig, Deborah) |
| 03/23/2007 | 7 | BNC Certificate of Mailing (Related Document(s): 6 First Meeting of Creditors. First Meeting Set For 04/18/2007 at 04:00PM at 2200 S IH-35, Ste. 2; Objections to Dischargeability of debt due 06/18/2007 - Confirmation Hearing Set For 05/22/2007 at 09:00AM at Austin Courtroom 1 - Proofs of Claim Due 07/17/2007. (Langehennig, Deborah)) Service Date 03/23/2007. (Admin.) |
| 03/29/2007 | 8 | Motion to Extend Time To File Forms With The Court filed by Debtor Crae Robert Pease (Cano, Mary) (Entered: 03/30/2007) |
| 04/03/2007 | 9 | Order Allowing Extension of Time, 4/12/2007 (related document(s): 8 Motion to Extend Time To File Forms With The Court filed by Debtor Crae Robert Pease (Cano, Mary)); (Order entered on 4/3/2007) (Farrar, Ronda) |
| 04/05/2007 | 10 | BNC Certificate of Mailing (Related Document(s): 9 Order Allowing Extension of Time, 4/12/2007 (related document(s): 8 Motion to Extend Time To File Forms With The Court filed by Debtor Crae Robert Pease (Cano, Mary)); (Order entered on 4/3/2007) (Farrar, Ronda)) Service Date 04/05/2007. (Admin.) (Entered: 04/06/2007) |
| 04/11/2007 | | Receipt of Filing Fee for 13 INSTALLMENT (07-10449). Receipt #10076510, $70.00 (Finsys - EG) (Entered: 04/12/2007) |

| | | |
|---|---|---|
| 04/11/2007 | ◉11 | Schedules, Statements, and Summary, Statement of Current Monthly Income and Disposable Income Calculation - Chapter 13 filed by Debtor Crae Robert Pease. (Miiller, Sherri) (Entered: 04/12/2007) |
| 04/11/2007 | ◉12 | Chapter 13 Plan filed by Debtor Crae Robert Pease. (Miiller, Sherri) (Entered: 04/12/2007) |
| 04/20/2007 | ◉13 | Chapter 13 Trustee's 341 Proceeding Memo - Meeting Continued and Resetting of Confirmation Hearing: 341 Meeting Set For 6/13/2007 at 04:00 PM at 2200 S IH-35, Ste. 2- Confirmation Hearing Set For 7/24/2007 at 09:00 AM at Austin Courtroom 1 (Langehennig7, Deborah) |
| 04/27/2007 | ◉14 | Travis County's Notice of Tax Lien filed by Karon Y. Wright for Creditor Travis County. (Wright, Karon) |
| 04/30/2007 | ◉15 | Objection to Confirmation of Plan filed by Douglas J. Powell for Creditor First National Bank. (Powell, Douglas) (related document(s): 12 Chapter 13 Plan filed by Debtor Crae Robert Pease. (Miiller, Sherri) ) |

# RODNEY MEYER
# SHERIFF LEE COUNTY

# NOTICE                                    NOTICE

A WRIT OF POSSESSION HAS BEEN ISSUED BY THE 335TH DISTRICT COURT FOR THE REMOVAL OF ALL OCCUPANTS AND ALL PERSONAL PROPERTY FROM THE PREMISES THAT YOU NOW OCCUPY. AS A COURTESY, I WILL ALLOW YOU TO VACATE THE PREMISES WITHIN __24__ HOURS OR IT WILL BE MY UNPLEASANT DUTY TO RETURN ON _5-3-07_ AT _9:00 AM_ AND EVICT YOU AND ALL OCCUPANTS AND HAVE YOUR PROPERTY REMOVED AND STORED AT YOUR EXPENSE. THIS IS YOUR FINAL NOTICE. THANK YOU FOR YOUR COOPERATION.

DATE _5-1-07_

RODNEY MEYER
SHERIFF, LEE COUNTY
GIDDINGS, TEXAS

ATTACHMENT 2